UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-7829-UA (OP) | Date | October 11, 2011 |
|---|---|---|---|
| Title | Samuel Lee Shoemaker v. B. M. Cash, et al. | | |

Present: The Honorable: Oswald Parada, United States Magistrate Judge

| Maynor Galvez | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs: None

Attorneys Present for Defendants: None

**Proceedings:** IN CHAMBERS: ORDER TO SHOW CAUSE RE: NON-PAYMENT OF FILING FEE

On September 21, 2011, Samuel Lee Shoemaker ("Plaintiff") lodged for filing a Civil Rights Complaint ("Complaint") pursuant to 42 U.S.C. § 1983. However, Plaintiff failed to pay the full filing fee of $350 and failed to submit an *in forma pauperis* application in order to proceed without payment of the full filing fee.

Accordingly, Plaintiff is ordered to show cause on or before November 11, 2011, why he should not be required to submit the required filing fee of $350. Alternatively, Plaintiff may submit the filing fee to the clerk's office prior to that date or submit an *in forma pauperis* application in order to proceed without payment of the full filing fee. Plaintiff is admonished that the failure to properly respond to this order will result in a recommendation of dismissal of this action without prejudice.

The Clerk is directed to provide Plaintiff with a blank *in forma pauperis* application.

**IT IS SO ORDERED.**

cc: All Parties of Record

: 

Initials of Preparer   mg